4077.　PEARCE v. CENTRAL OF GEORGIA RAILWAY CO.

POTTLE, J. No error of law being complained of, and the evidence, though conflicting, being sufficient to authorize the verdict, the discretion of the trial judge in overruling the motion for a new trial will not be controlled.　　　　　　　　　　　　　　*Judgment affirmed.*

DECIDED MAY 22, 1912.

Action for damages; from city court of Macon—Judge Hodges. October 19, 1911.

*Guerry, Hall & Roberts,* for plaintiff.
*Harris & Harris, Ellis & Jordan,* for defendant.